■ Louann Rehwaldt, Appellant, v Kathleen M. Kokolus, Respondent. [38 NYS3d 467]—Appeal from a judgment of the Supreme Court, Erie County (Michael L. D'Amico, A.J.), entered March 20, 2015. The judgment awarded plaintiff money damages upon a jury verdict.

Now, upon reading and filing the stipulation withdrawing and discontinuing appeal signed by the attorneys for the parties on August 30, 2016,

It is hereby ordered that said appeal is unanimously

dismissed without costs upon stipulation. Present—Whalen, P.J., Smith, NeMoyer, Curran and Scudder, JJ.